No. 81–1012. INSURANCE COMPANY OF NORTH AMERICA *v.* KEENE CORP. ET AL., 455 U. S. 1007;

No. 81–1197. HARTFORD ACCIDENT & INDEMNITY CO. *v.* KEENE CORP. ET AL., 455 U. S. 1007;

No. 81–1298. AETNA CASUALTY & SURETY CO. *v.* KEENE CORP. ET AL., 455 U. S. 1007; and

No. 81–1328. LIBERTY MUTUAL INSURANCE CO. *v.* KEENE CORP. ET AL., 455 U. S. 1007. Petition for rehearing denied. JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 81–1141. RIBOTSKY *v.* UNITED STATES, 455 U. S. 910. Motion for leave to file petition for rehearing denied.

No. 81–1500. IN RE CHING YEE, 455 U. S. 1015. Petition for rehearing and all other relief denied.

MAY 3, 1982

No. 80–1207. RUSK, MAYOR OF ALBUQUERQUE, ET AL. *v.* ESPINOSA ET AL. Affirmed on appeal from C. A. 10th Cir. JUSTICE REHNQUIST and JUSTICE O'CONNOR would note probable jurisdiction and set case for oral argument.

No. 81–1351. SMITH *v.* FLORIDA. Appeal from Dist. Ct. App. Fla., 4th Dist., dismissed for want of jurisdiction.